**No. 55025.**—Vintage Wines, Inc. v. United States, protests 149003–K, etc. (New York).

312

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.